ROBYN L. PHILLIPS (Bar No. A7425)
Email: *rphillips@wnlaw.com*
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

MARK MIZRAHI (*pro hac vice forthcoming*)
Email: *mmizrahi@wrslawyers.com*
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Blvd, 9th Floor
Los Angeles, CA 90064
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Plaintiff
MOSS HOLDING COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MOSS HOLDING COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEMATRIX USA, LLC, a Georgia limited liability company,<br><br>Defendant. | Civil Action No. 2:14-cv-00378-PMW<br><br>Magistrate Judge Paul M. Warner<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Moss Holding Company ("Plaintiff"), for its Complaint against Defendant, BEMATRIX USA, LLC ("Defendant"), alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for patent infringement arising under the Patent Laws of the

United States, Tile 35 of the United States Code.

2. Subject matter jurisdiction for this action is premised upon 28 U.S.C. § 1338 and 28 U.S.C. § 1331.

3. Defendant regularly engages in the offer for sale and sale of its products and services in the State of Utah, and, on information and belief, has sold infringing products and/or committed infringing acts in this District, such that this Court has personal jurisdiction over defendant.

4. Venue is proper in this District pursuant 28 U.S.C. § 1391 and 1400.

**THE PARTIES**

5. Plaintiff is a Delaware Corporation.

6. Defendant is a Georgia limited liability company.

**INFRINGEMENT OF THE '736 PATENT**

7. Plaintiff is the owner of United States Patent No. 8,015,736 entitled "Tool Panel-Frame Interface System" (the '736 Patent") that issued on September 13, 2011. A copy of the '736 Patent is attached as Exhibit "A". Since its issuance, the '736 Patent has been in full force and effect.

8. Defendant infringes the '736 Patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, certain frame systems covered by one or more claim of the '736 Patent, including, without limitation, Defendant's b62 Frame System.

9. Plaintiff has suffered damages as a result of Defendant's infringing activities, and Plaintiff will continue to suffer damages as long as Defendant's infringement of the '736 Patent

continues.

10. To the extent that Defendant had knowledge of the ‘736 Patent and has not fulfilled its duty of care, Defendant’s infringement is willful, wanton and deliberate.

11. Plaintiff has no adequate remedy at law with respect to Defendant’s continued infringement of the ‘736 Patent. Unless enjoined by this Court, Defendant will continue such acts of infringement to Plaintiff’s substantial and irreparable harm.

**DEMAND FOR RELIEF**

Plaintiff, Moss Holding Company, requests that this Court enter judgment in its favor and against the Defendant for the following:

A. Preliminarily and permanently enjoining and restraining the Defendant, its officers, directors, employees, agents, servants, successors and assigns, and all persons acting in privity or in concert with the Defendant from further infringement of the ‘736 Patent;

B. Awarding Plaintiff its damages, together with prejudgment interest and costs, and increasing those damages to three times the amount found or assessed as provided by 35 U.S.C. § 284;

C. Declaring this an exceptional case within the meaning of 35 U.S.C. § 285, and awarding Plaintiff its reasonable attorney’s fees and costs, also its disbursements in this action; and

D. Granting to Plaintiff such other and further relief as this Court deems just.

**JURY DEMAND**

Plaintiff hereby demands trial by jury.

DATED this 16th day of May 2014.

By *\/s/ Robyn L. Phillips*
Robyn L. Phillips
WORKMAN | NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Mark Mizrahi (*pro hac vice forthcoming*)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Blvd, 9th Floor
Los Angeles, CA 90064
Telephone: (310) 478-4100
Facsimile: (310) 479-1422

Attorneys for Plaintiff
MOSS HOLDING COMPANY