ROBYN L. PHILLIPS (Bar No. A7425)
Email: *rphillips@wnlaw.com*
WORKMAN│NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Attorneys for Plaintiff
MOSS HOLDING COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MOSS HOLDING COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BEMATRIX USA, LLC, a Georgia limited liability company,<br><br>    Defendant. | Civil Action No. 2:14-cv-00378-PMW<br><br>Magistrate Judge Paul M. Warner<br><br>**MOSS HOLDING COMPANY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Moss Holding Company, hereby voluntarily dismisses the above captioned action (the "Action") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Notice of Dismissal Without Prejudice under Rule 41(a)(1)(A)(i) is proper because Defendant BeMatrix USA, LLC has not served an answer to the Complaint or a motion for summary judgment, and no other federal- or state-court action based on or including the same claims raised in this Action has been previously dismissed.

DATED this 12th day of September, 2014.

                    By   */s/ Robyn L. Phillips*
                          Robyn L. Phillips
                          WORKMAN | NYDEGGER
                          60 East South Temple, Suite 1000
                          Salt Lake City, UT  84111
                          Telephone:  (801) 533-9800
                          Facsimile:  (801) 328-1707

                          Attorneys for Plaintiff
                          MOSS HOLDING COMPANY